Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
|  | ) Chapter 13 |
|  | ) |
| ROBERT GRUBBS | ) Case No.: 8:09-bk-14729-ES |
|  | ) |
| DIANE GRUBBS | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) **(Bankruptcy Rule 3011)** |
|  | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301055** in the sum of **$18.58** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

> FRANCHISE TAX BOARD
> PO BOX 2952
> SACRAMENTO, CA 92660

Date: September 10, 2011        __/S/_____
                                Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Claim: 00039 | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 0914729 | ROBERT & DIANE GRUBBS ACCT: 1207531152/1213003354 | | | XXX-XX-4318 XXX-XX-9867 | 18.58 | 0.00 | 18.58 |
| | | TOTALS | | | 18.58 | 0.00 | 18.58 |

```
ROBERT GRUBBS
DIANE GRUBBS
BALANCE:        563.32    [0.00  23/00039]
SSN: XXX-XX-4318    SSN: XXX-XX-9867
ACCT: 1207531152/1213003354    CASE: 0914729
PRINCIPAL:      18.58    INTEREST:         0.00
```

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301055

Jul 24, 2011

VOID 90 DAYS FROM DATE

********$18.58

PAY   Eighteen And 58 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301055⑈ ⑆061100790⑆ 000000 575186 2⑈